# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| REYNOLD JOHN, | : | No. 276 EAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| PHILADELPHIA PIZZA TEAM, INC. D/B/A | : | |
| DOMINOS PIZZA AND HARDIP KAUR, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 12th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.